WRIT NO. W09-00208-P(A)

| EX PARTE | § | IN THE COURT OF CRIMINAL APPEALS |
|---|---|---|
| | § | |
| | § | |
| | § | |
| SHANE MATTHEW NETTLES | § | TRAVIS COUNTY, TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 01 2015
Abel Acosta, Clerk

## MOTION TO PUBLISHED

MOTION DENIED
5-8-15
BY:

Petitioner, Shane Matthew Nettles in the above styled and numbered cause respectfully request the Court to issue a notation of "PUBLISH" in said cause.

### Grounds

I.

John 3:20, For everyone praticing wickedness hates the Light and does not come to the Light, that his works may not be exposed.

II.

John 3:21, But the one doing the truth comes to the Light, that his works may be revealed, that they exist, having been worked in ELOHIM.

### Prayer*

Petitioner respectfully prays that this Court GRANT this motion and order this couse to bear the notation "PUBLISH".

Respectfully Submitted,

Executed on April 27, 2015*

By: Shane nettles/
petitioner/Movant Pro Se

### ORDER

On this_____day of_____,2015 came on to be heard Motion to Publish and it appears to the Court it should be GRANTED/DENIED.

_____
PRESIDING JUDGE

C/C